UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **SHYTRICE ROBINSON,** | ) | CASE: 3:21-CV-00784 |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| v. | ) | |
| | ) | |
| **RYDER INTEGRATED LOGISTICS, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

### DECLARATION OF MAUREEN R. KNIGHT

Under the penalty of perjury pursuant to 29 U.S.C. § 1746, I hereby certify that I am a member in good standing of the Supreme Court of Virginia. I also declare that I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States, and I have never received any reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

Dated:  May 27, 2021

*/s/ Maureen R. Knight*
Maureen R. Knight
Constangy, Brooks, Smith & Prophete, LLP
12500 Fair Lakes Circle, Suite 300
Fairfax, Virginia 22033
Telephone: 571.522.6106
Facsimile: 571.522.6101
Email:  mknight@constangy.com

16751745 _1