IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SHYTRICE ROBINSON,<br><br>　　Plaintiff,<br>v.<br><br>RYDER INTEGRATED LOGISTICS INC.,<br><br>　　Defendant. | CASE NO. 3:21-cv-784 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

　　WE THE PARTIES do hereby stipulate that the above-captioned action shall be dismissed with prejudice with each party to bear her or its own costs and fees and further, that the court may enter an Order accordingly.

| | |
|---|---|
| */s/ Fred M. Bean*<br>Fred M. Bean  (0086756)<br>Taurean J. Shattuck (0097364)<br>THE SPITZ LAW FIRM, LLC<br>25200 Chagrin Boulevard, Suite 200<br>Beachwood, OH 44122<br>Tel: 216-291-4744<br>Fax: 216-291-5744<br>Fred.Bean@spitzlawfirm.com<br>Taurean.shattuck@spitzlawfirm.com<br><br>*Counsel for Plaintiff* | */s/ Maureen R. Knight*<br>Maureen R. Knight 9<br>Constangy, Brooks, Smith & Prophete, LLP<br>12500 Fair Lakes Circle, Suite 300<br>Fairfax, VA 22033<br>Telephone: 571-522-6106<br>Facsimile: 571-522-6101<br>mknight@constangy.com<br><br>*Counsel for Defendant* |

　　　　　　　　　　　　　　　　　　　　So Ordered.

　　　　　　　　　　　　　　　　　　　　 s/ Jeffrey J. Helmick
　　　　　　　　　　　　　　　　　　　　 United States District Judge

HB: 4832-1863-3979.1